AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hobbs, Truman M. | US District Ct., Middle Alabama | 08/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge of US District Court | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

P.O. Box 711
Montgomery, AL 36101

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director of charitable foundation (Hobbs Foundation). | Hobbs Foundation |
| 2. | I am co-trustee of Trust 6.- no financial interests in the trusts. | Trust 6 (see VIII, Line 3) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BROKERAGE ACCOUNT No 1 - MERRILL LYNCH | | | | | | | | | |
| 2. | **CASH/MONEY ACCOUNTS** | | | | | | | | | |
| 3. | -Cash - Merrill Lynch | A | Interest | J | T | | | | | |
| 4. | -BIF Fund | A | Interest | L | T | | | | | |
| 5. | -ISA Bank of America | A | Interest | | | Closed | 09/01/13 | | | |
| 6. | **MUNICIPAL BONDS** | | | | | | | | | |
| 7. | -Univ AL Revs (10/1/18) 4.0 | A | Interest | | | Sold | 10/01/13 | K | A | |
| 8. | -Un Ala Gen Rev (10/1/19) 4.25 | B | Interest | L | T | | | | | |
| 9. | -Ala Bldg Renov (9/1/21) 4.25 | B | Interest | L | T | | | | | |
| 10. | -Enterprise AL Wts (10/1/21) 4.25 | B | Interest | L | T | | | | | |
| 11. | -Mtgy AL Wts (2/1/23) 5.0 | C | Interest | M | T | | | | | |
| 12. | -Ala St Pub Sch etc (12/1/23) 5.0 | B | Interest | K | T | | | | | |
| 13. | -Daphne AL Wts & Impt (4/1/25) 4.5 | A | Interest | K | T | | | | | |
| 14. | -Foley AL Pub Facs (9/1/26) 5.0 | B | Interest | L | T | | | | | |
| 15. | -Smiths AL Wtr-Swr (6/1/28) 4.35 | B | Interest | L | T | | | | | |
| 16. | -Troy AL Pub EBA (12/1/31) 5.0 | C | Interest | L | T | | | | | |
| 17. | -Troy AL PUb EBA (12/1/36) 5.25 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **EQUITIES** | | | | | | | | | |
| 19. AT&T Inc | C | Dividend | L | T | Buy | 09/10/13 | L | | |
| 20. -Barrick Gold Corp | A | Dividend | K | T | | | | | |
| 21. Baxter Intl | B | Dividend | K | T | | | | | |
| 22. -Berkshire Hath CL A | | None | M | T | | | | | |
| 23. -Colgate Palm | B | Dividend | L | T | | | | | |
| 24. -Conoco Phillips | D | Dividend | M | T | | | | | |
| 25. -Diageo PL | B | Dividend | L | T | | | | | |
| 26. -Duke Energy | D | Dividend | M | T | | | | | |
| 27. -Intermec Inc | | None | | | | | | | |
| 28. -Kinder Morgan | D | Dividend | M | T | | | | | |
| 29. -Koninkl Phil E NY | D | Dividend | M | T | | | | | |
| 30. -Plum Creek Tbr | B | Dividend | K | T | | | | | |
| 31. -Spectra Energy | C | Dividend | L | T | | | | | |
| 32. -Weyerhaeuser Co | A | Dividend | J | T | | | | | |
| 33. **MUTUAL FUNDS/CLOSED END FUNDS/UIT** | | | | | | | | | |
| 34. -Blackrock Munivest | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Muniyield Fund | D | Dividend | M | T | Buy | 09/10/13 | M | | |
| 36. -Blackrock Munienhanced | E | Dividend | O | T | | | | | |
| 37. Blackrock Muniyield Qlty | D | Dividend | M | T | Buy | 09/10/13 | M | | |
| 38. -Blackrock Intermed | D | Dividend | M | T | | | | | |
| 39. -Cohen & Steers REIT | B | Dividend | K | T | | | | | |
| 40. -Cohen & Steers Sel | B | Dividend | K | T | | | | | |
| 41. -DWS Gold & Prec Mtl | A | Dividend | K | T | | | | | |
| 42. -First Eagle | D | Dividend | L | T | | | | | |
| 43. GDL FD | B | Dividend | K | T | | | | | |
| 44. BROKERAGE ACCOUNT NO. 2 - CHARLES SCHWAB | | | | | | | | | |
| 45. -Charles Schwab Money Market Funds | A | Interest | N | T | | | | | |
| 46. **EQUITIES** | | | | | | | | | |
| 47. -BRKB | | Dividend | L | T | | | | | |
| 48. -Chevron Corp | C | Dividend | M | T | | | | | |
| 49. -Exelis Inc | A | Dividend | J | T | | | | | |
| 50. -GWW (Grainger) | A | Dividend | K | T | | | | | |
| 51. -ITT Corp New | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pfizer Inc | A | Dividend | J | T | | | | | |
| 53. -St. Jude Medical | A | Dividend | K | T | | | | | |
| 54. -Southern Co. | C | Dividend | L | T | | | | | |
| 55. -WalMart Stores | A | Dividend | K | T | | | | | |
| 56. -Walgreen Co | B | Dividend | L | T | | | | | |
| 57. -Xylem Inc | A | Dividend | K | T | | | | | |
| 58. BROKERAGE ACCOUNT NO. 3 - STIFEL-NICOLAUS▮ | | | | | | | | | |
| 59. Cash-Stifel Nicolaus | A | Interest | M | T | | | | | |
| 60. -Gen Gvt Sec | A | Interest | O | T | | | | | |
| 61. -Gen Treas Pri CLB | A | Interest | N | T | | | | | |
| 62. -Insured Bank Prog | A | Interest | P1 | T | | | | | |
| 63. ---Stifel Bank | A | Interest | N | T | | | | | |
| 64. ---First Sentry | A | Interest | M | T | | | | | |
| 65. ---SunTrust Bk | A | Interest | M | T | | | | | |
| 66. --Ameri Express Bk | A | Interest | M | T | | | | | |
| 67. ---BBCN Bank | A | Interest | M | T | | | | | |
| 68. ---Fremont Bk | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Compass Bank | A | Interest | M | T | | | | | |
| 70. ---NY Comm Bk | A | Interest | M | T | | | | | |
| 71. ---Glacier Bk | A | Interest | M | T | | | | | |
| 72. ---Citibank NA | A | Interest | M | T | | | | | |
| 73. ---C'wealth BK & Tr | A | Interest | M | T | | | | | |
| 74. ---Bank of N.C. | A | Interest | K | T | | | | | |
| 75. Bank E Asia Ltd | A | Interest | J | T | | | | | |
| 76. **EQUITIES** | | | | | | | | | |
| 77. ACCO Brands | | None | | | Sold | 05/02/13 | J | A | |
| 78. AT&T Inc | A | Dividend | K | T | | | | | |
| 79. -Air Prdts | C | Dividend | M | T | | | | | |
| 80. -Apple Inc | A | Dividend | K | T | | | | | |
| 81. -BP | A | Dividend | J | T | | | | | |
| 82. Banco Bilbao Viz | A | Dividend | J | T | | | | | |
| 83. -Becton Dickinson | A | Dividend | J | T | | | | | |
| 84. -BHP Billiton | B | Dividend | L | T | | | | | |
| 85. -Br Myers | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Campbell Soup | D | Dividend | J | T | | | | | |
| 87. | -Chevron Corp | D | Dividend | M | T | | | | | |
| 88. | -Coca Cola | E | Dividend | L | T | | | | | |
| 89. | -Col Properties | B | Dividend | J | T | | | | | |
| 90. | -ConocoPhillips | E | Dividend | N | T | | | | | |
| 91. | -Convergys Corp | A | Dividend | J | T | | | | | |
| 92. | -Deere | B | Dividend | J | T | | | | | |
| 93. | -Duke Energy New | B | Dividend | J | T | | | | | |
| 94. | -Eastman Chem | D | Dividend | K | T | | | | | |
| 95. | Emerson Elec | B | Dividend | | | | | | | |
| 96. | -Energen Corp | B | Dividend | J | T | | | | | |
| 97. | -Exelis Inc. | A | Dividend | J | T | | | | | |
| 98. | -Exxon Mobil | E | Dividend | L | T | | | | | |
| 99. | -Freeport McMoran Cpr | B | Dividend | J | T | | | | | |
| 100. | -General Electric | D | Dividend | K | T | | | | | |
| 101. | -Grainger | C | Dividend | J | T | | | | | |
| 102. | Halliburton | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -IBM | D | Dividend | M | T | | | | | |
| 104. Intel Corp | | None | | | | | | | |
| 105. -Johnson & Johnson | E | Dividend | M | T | | | | | |
| 106. -Meadwestvaco | D | Dividend | K | T | | | | | |
| 107. -PPG Ind | C | Dividend | L | T | | | | | |
| 108. -Pfizer Inc | D | Dividend | K | T | | | | | |
| 109. Phillips 66 | B | Dividend | | | | | | | |
| 110. -Pioneer Nat Res | A | Dividend | K | T | | | | | |
| 111. -Republic Services | D | Dividend | J | T | | | | | |
| 112. -Roche Hldg | D | Dividend | K | T | | | | | |
| 113. -St. Jude Med | D | Dividend | L | T | | | | | |
| 114. -Scana Corp' | D | Dividend | K | T | | | | | |
| 115. -Smucker JM | A | Dividend | J | T | | | | | |
| 116. -Sou Co | C | Dividend | J | T | | | | | |
| 117. -Spectra Energy | B | Dividend | J | T | | | | | |
| 118. -SunTrust Bk | B | Dividend | K | T | | | | | |
| 119. -Tim Hortons | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Total Systems | B | Dividend | K | T | | | | | |
| 121.  -Trinity Ind | B | Dividend | K | T | | | | | |
| 122.  -Verizon Comm | D | Dividend | M | T | | | | | |
| 123.  -Wells Fargo New | D | Dividend | J | T | | | | | |
| 124.  WPX Energy X | | None | J | T | | | | | |
| 125.  -Zimmer Hldgs | B | Dividend | K | T | | | | | |
| 126.  **PREFERREDS** | | | | | | | | | |
| 127.  -Bunge Ltd Conv Pfd | D | Dividend | M | T | | | | | |
| 128.  **MUNICIPAL BONDS** | | | | | | | | | |
| 129. | | | | | | | | | |
| 130.  **MUTUAL FUNDS (OPEN-END FUNDS)** | | | | | | | | | |
| 131.  **MUTUAL FUNDS (CLOSED-END FUNDS)** | | | | | | | | | |
| 132.  -China Fund | A | Int./Div. | J | T | | | | | |
| 133.  -Templeton Dragon | C | Dividend | J | T | | | | | |
| 134.  -Tricontinental Corp | C | Dividend | J | T | | | | | |
| 135.  BROKERAGE ACCOUNT NO. 4 - MERRILL LYNCH | | | | | | | | | |
| 136.  **CASH/MONEY Accounts** - Merrill Lynch | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Cash - Merrill Lynch | A | Interest | J | T | | | | | |
| 138. -ML Bank Deposit Prog | A | Interest | N | T | | | | | |
| 139. -Preferred Deposit - Merrill Lynch | A | Interest | M | T | | | | | |
| 140. -ISA Bank of America | A | Interest | M | T | | | | | |
| 141. **MUNICIPAL BONDS** | | | | | | | | | |
| 142. -Mtgy AL BMC Spl Cr 5.25% | A | Interest | K | T | | | | | |
| 143. -Ala Mental Hlth 3.4% | B | Interest | K | T | | | | | |
| 144. -Decatur AL Wts 4% | B | Interest | K | T | | | | | |
| 145. -Un AL Univ Rev 4% | B | Interest | K | T | | | | | |
| 146. -Autauga AL Pub Ed 4.125% | B | Interest | K | T | | | | | |
| 147. -Auburn Univ Gen Fee 5% | C | Interest | L | T | | | | | |
| 148. -Ala Agric-Mech Un 5% | B | Interest | K | T | | | | | |
| 149. -Mtgy AL Wts 5% | C | Interest | L | T | | | | | |
| 150. -Decatur AL Cap Impt Wts 4.25% | B | Interest | L | T | | | | | |
| 151. -Ala Pub Hsg Auth 4.45% | B | Interest | K | T | | | | | |
| 152. -Mtgy AL WW-San Swr 5% | C | Interest | L | T | | | | | |
| 153. -Ala St Pub Sch & Coll 5% | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Foley AL Pub Facs Coop 5% | B | Interest | K | T | | | | | |
| 155. -Chatom AL IDB Gulf Opp 4% | C | Interest | L | T | | | | | |
| 156. -Smiths AL Wtr-Swr 4.35% | C | Interest | L | T | | | | | |
| 157. -Mobile Cnty AL 4.25% | C | Interest | L | T | | | | | |
| 158. -Jacksonvi AL St Univ 5.125% | C | Interest | L | T | | | | | |
| 159. -Ala SCFFA Mobile Rev | C | Interest | L | T | | | | | |
| 160. -Auburn AL Univ Gen Fee 5% | C | Interest | L | T | | | | | |
| 161. -Barrick Gold Corp | B | Dividend | L | T | | | | | |
| 162. -Dun & B'st New | A | Dividend | K | T | | | | | |
| 163. -Eli Lilly | C | Dividend | L | T | | | | | |
| 164. -Gartner Inc | A | Dividend | J | T | | | | | |
| 165. -Kinder Morgan En | C | Dividend | K | T | | | | | |
| 166. -Moody's Corp | B | Dividend | L | T | | | | | |
| 167. -Newmont Mining | C | Dividend | M | T | | | | | |
| 168. -Plum Creek Tbr | C | Dividend | L | T | | | | | |
| 169. -Proc & Gamble | B | Dividend | L | T | | | | | |
| 170. -Schlumberger | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Transocean Ltd | A | Dividend | K | T | | | | | |
| 172. -Wells Fargo | A | Dividend | K | T | | | | | |
| 173. **MUTUAL FUNDS (CLOSED-END FUNDS/UIT** | | | | | | | | | |
| 174. -Blackrock Muniyield | D | Dividend | L | T | | | | | |
| 175. -B'rock Munienhanced | E | Dividend | N | T | | | | | |
| 176. -B'rock Intermed | D | Dividend | N | T | | | | | |
| 177. -GDL (The) Fd | C | Dividend | K | T | | | | | |
| 178. BROKERAGE ACCOUNT NO. 5 - STIFEL-NICOLAUS | | | | | | | | | |
| 179. **Insured Bank Program - Stifel Nicolaus** | | | | | | | | | |
| 180. -Stifel Bk & Tr | A | Interest | M | T | | | | | |
| 181. -Citibank NA | A | Interest | M | T | | | | | |
| 182. -Amer Exp Centurion | A | Interest | M | T | | | | | |
| 183. -SunTrust Bk "Y" | | | | | | | | | |
| 184. -Bank of East Asia Ltd "Y" | | | | | | | | | |
| 185. **EQUITIES** | | | | | | | | | |
| 186. -B'Shire CL B | | None | L | T | | | | | |
| 187. -BHP Billiton | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Molycorp | | None | J | T | | | | | |
| 189. **MUNICIPAL BONDS** | | | | | | | | | |
| 190. -Huntsvi Cap Impt Wts 5% | A | Interest | K | T | | | | | |
| 191. -Oxford AL Recr Wts 3.8% | B | Interest | K | T | | | | | |
| 192. -Huntsvi AL Cap Impt 5% | B | Interest | K | T | | | | | |
| 193. -Auburn Un AL Rev Athl 4% | B | Interest | K | T | | | | | |
| 194. -Enterprise AL B/E Wnts 4.29% | C | Interest | M | T | | | | | |
| 195. -Ala St Pub Sch Clg Ath 4.25% | C | Interest | L | T | | | | | |
| 196. -Bham AL Spl CR Fac Ch Hosp 5.75% | D | Interest | M | T | | | | | |
| 197. -Phnix Ci AL Sch Wts 4.6% | B | Interest | K | T | | | | | |
| 198. -Bham AL Spl Cr Fac Ch Hosp 6% | D | Interest | M | T | | | | | |
| 199. **MUTUAL FUNDS - CLOSED END FUNDS** | | | | | | | | | |
| 200. -Gabelli Eg Tr | A | Dividend | J | T | | | | | |
| 201. BROKERAGE NO. 7 (Trust No. 6-1) - MERRILL LYNCH | E | Int./Div. | P1 | T | | | | | |
| 202. **Cash/Money Accts - Merrill Lynch** | | | | | | | | | |
| 203. -Cash - Merrill Lynch | | | J | T | | | | | |
| 204. -ML Bank Deposit Program- | | | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. **CORPORATE BONDS** | | | | | | | | | |
| 206. -NM Gen Mtrs | A | Int./Div. | J | T | | | | | |
| 207. **MUNICIPAL BONDS** | | | | | | | | | |
| 208. -Univ AL Univ Rev | B | Interest | K | T | | | | | |
| 209. -Mobile Cnty AL Impt | B | Interest | K | T | | | | | |
| 210. -Madison AL Wts | B | Interest | L | T | | | | | |
| 211. -Hoover AL B/E | A | Interest | K | T | | | | | |
| 212. -Smiths AL Wtr-Swr | A | Interest | J | T | | | | | |
| 213. -Mobile AL Wtr-Swr | B | Interest | K | T | | | | | |
| 214. -Ala SCFFA Mobile Rev | B | Interest | K | T | | | | | |
| 215. **EQUITIES** | | | | | | | | | |
| 216. -Abbott Labs | B | Dividend | L | T | | | | | |
| 217. -Altria Group Inc | D | Dividend | M | T | | | | | |
| 218. -American Intl | | None | J | T | | | | | |
| 219. -Banco Bilbao Vizcaya | D | Dividend | M | T | | | | | |
| 220. -Baxter Interntl | D | Dividend | N | T | | | | | |
| 221. -Becton Dickinson Co | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Buckeye Partners LP | D | Dividend | M | T | | | | | |
| 223. -Cardinal Health Inc | B | Dividend | K | T | | | | | |
| 224. -Carefusion Corp Shs | | None | J | T | | | | | |
| 225. -Century Link Inc. | C | Dividend | L | T | | | | | |
| 226. -Cisco Systems | A | Dividend | J | T | | | | | |
| 227. -Coca Cola | D | Dividend | M | T | | | | | |
| 228. -Colonial Bancgroup | | None | J | W | | | | | |
| 229. -CVS Caremark | A | Dividend | L | T | | | | | |
| 230. -DuPont | B | Dividend | L | T | | | | | |
| 231. -Duke Energy | B | Dividend | K | T | | | | | |
| 232. -Edwards Life Sciences | | None | L | T | | | | | |
| 233. -El Paso Corp | | | | | | | | | |
| 234. -Elan Corp | | None | J | T | | | | | |
| 235. -Enterprise Prdts | D | Dividend | M | T | | | | | |
| 236. -Gen Mills | B | Dividend | L | T | | | | | |
| 237. -Intel Corp | A | Dividend | J | T | | | | | |
| 238. -Johnson & Johnson | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Kellogg Co | C | Dividend | L | T | | | | | |
| 240. -Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 241. -Kraft Foods | | None | K | T | | | | | |
| 242. -McDonalds Corp | B | Dividend | K | T | | | | | |
| 243. -Medco Health Solutions/Express Scripts Hldg Co | | | K | T | | | | | |
| 244. -Microsoft Corp | B | Dividend | K | T | | | | | |
| 245. Mondelez Intl | A | Dividend | L | T | | | | | |
| 246. -Monsanto Co | A | Dividend | J | T | | | | | |
| 247. -Pfizer Inc | D | Dividend | M | T | | | | | |
| 248. -Philip Morris Intl | E | Dividend | N | T | | | | | |
| 249. -Praxair Inc | A | Dividend | J | T | | | | | |
| 250. -Schlumberger | A | Dividend | K | T | | | | | |
| 251. -Spectra Energy | B | Dividend | K | T | | | | | |
| 252. -Suntrust Bks | A | Dividend | L | T | | | | | |
| 253. -Transocean ltd | | None | J | T | | | | | |
| 254. -Walgreen Co | A | Dividend | K | T | | | | | |
| 255. -WT01 21 American Internatil | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -3M Co | A | Dividend | J | T | | | | | |
| 257. **MUTUAL FUNDS/CLOSED END FUNDS/UIT** | | | | | | | | | |
| 258. -American Capital | A | Interest | K | T | | | | | |
| 259. -Cohen & Steers REIT | A | Interest | J | T | | | | | |
| 260. -Cohen & Steers Select | A | Interest | J | T | | | | | |
| 261. -DWS Gold & Precious Met | | None | J | T | | | | | |
| 262. -Eaton Vance Tax Man GLB | A | Interest | J | T | | | | | |
| 263. -Templeton Growth | A | Interest | K | T | | | | | |
| 264. BROKERAGE NO. 8 (Trust No. 6-2) - MERRILL LYNCH | E | Int./Div. | P1 | T | | | | | |
| 265. **Cash/Money Accts - Merrill Lynch** | | | | | | | | | |
| 266. -Cash - Merrill Lynch | | | J | T | | | | | |
| 267. -ML Bank Deposit Program- | A | Int./Div. | L | T | | | | | |
| 268. **CORPORATE BONDS** | | | | | | | | | |
| 269. -NM Gen Mtrs | B | Interest | J | T | | | | | |
| 270. **MUNICIPAL BONDS** | | | | | | | | | |
| 271. Univ ALA Univ REVS | A | Interest | K | T | | | | | |
| 272. -Mobile Cnty AL Impt | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Madison AL Wts | B | Interest | L | T | | | | | |
| 274. -Hoover AL Brd Ed Cap | A | Interest | K | T | | | | | |
| 275. -Smiths AL Wtr-Swr | A | Interest | K | T | | | | | |
| 276. -Mobile AL Wtr-Swr | B | Interest | K | T | | | | | |
| 277. -Ala SCFFA Mobile Rev | B | Interest | K | T | | | | | |
| 278. -**EQUITIES** | | | | | | | | | |
| 279. -Abbott Labs | B | Dividend | L | T | | | | | |
| 280. -Altria Group | D | Dividend | M | T | | | | | |
| 281. -American Intl | | | J | T | | | | | |
| 282. -Banco Bilbao Vizcaya | D | Dividend | M | T | | | | | |
| 283. -Baxter Interntl | D | Dividend | N | T | | | | | |
| 284. -Becton Dickinson Co | A | Dividend | K | T | | | | | |
| 285. -Buckeye Partners | D | Dividend | L | T | | | | | |
| 286. -Cardinal Health Inc | B | Dividend | K | T | | | | | |
| 287. -Carefusion Corp | | | J | T | | | | | |
| 288. -Century Link Inc. | C | Dividend | L | T | | | | | |
| 289. -Cisco Systems Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Coca Cola | D | Dividend | M | T | | | | | |
| 291. -Colonial Bancgroup | | | J | W | | | | | |
| 292. -CVS Caremark | A | Dividend | L | T | | | | | |
| 293. -DuPont | B | Dividend | L | T | | | | | |
| 294. -Duke Energy | B | Dividend | K | T | | | | | |
| 295. -Edwards Life Sciences | | | L | T | | | | | |
| 296. -Elan Corp | | | J | T | | | | | |
| 297. -Enterprise Prdts | D | Dividend | M | T | | | | | |
| 298. -Gen Mills | B | Dividend | L | T | | | | | |
| 299. -Intel Corp | A | Dividend | J | T | | | | | |
| 300. -Johnson & Johnson | C | Dividend | M | T | | | | | |
| 301. -Kellogg Co | C | Dividend | L | T | | | | | |
| 302. -Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 303. -Kraft Foods | | | K | T | | | | | |
| 304. -McDonalds Corp | B | Dividend | K | T | | | | | |
| 305. -Medco Health /Express scripts | | | K | T | | | | | |
| 306. -Microsoft Corp | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Mondelez Intl | B | Dividend | L | T | | | | | |
| 308. -Monsanto Co | A | Dividend | J | T | | | | | |
| 309. -Pfizer | D | Dividend | M | T | | | | | |
| 310. -Philip Morris | D | Dividend | N | T | | | | | |
| 311. -Praxair Inc | A | Dividend | J | T | | | | | |
| 312. -Schlumberger | A | Dividend | K | T | | | | | |
| 313. -Spectra Energy | B | Dividend | K | T | | | | | |
| 314. -Suntrust Bks | A | Dividend | L | T | | | | | |
| 315. -Transocean ltd | | | J | T | | | | | |
| 316. -Walgreen Co | A | Dividend | K | T | | | | | |
| 317. -WT01 21 American Internatil | | | J | T | | | | | |
| 318. -3M Co | A | Dividend | J | T | | | | | |
| 319. **MUTUAL FUNDS/CLOSED END FUNDS/UIT** | | | | | | | | | |
| 320. -American Capital | A | Int./Div. | K | T | | | | | |
| 321. -Cohen & Steers REIT | A | Int./Div. | J | T | | | | | |
| 322. -Cohen & Steers Select | A | Int./Div. | J | T | | | | | |
| 323. -DWS Gold & Precious Met | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Eaton Vance Tax Man GLB | A | Int./Div. | J | T | | | | | |
| 325. -Templeton Growth | A | Int./Div. | K | T | | | | | |
| 326. BROKERAGE No. 9 (IRA #1 - MERRILL LYNCH▓▓▓ | | | | | | | | | |
| 327. -Cash & FIA Card Services - Merrill Lynch | A | Int./Div. | J | T | | | | | |
| 328. -Berkshire Hathaway CL A | | None | M | T | | | | | |
| 329. -Progress Energy | B | Dividend | K | T | | | | | |
| 330. -3M Company | B | Dividend | L | T | | | | | |
| 331. -Cohen & Steers Select | A | Dividend | J | T | | | | | |
| 332. -First Eagle | A | Dividend | K | T | | | | | |
| 333. -Thornburg Int | A | Dividend | K | T | | | | | |
| 334. | | | | | | | | | |
| 335. REAL ESTATE | | | | | | | | | |
| 336. ▓▓▓▓▓▓, Elmore County, AL | | | M | R | | | | | VIII, Line 1 |
| 337. ▓▓▓▓▓ Montgomery County, AL | | | L | R | | | | | VIII, Line 2 |
| 338. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 08/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.VII, Line 337, Unimproved Land in Elmore county, AL.  Purchased in 1969.and 1976. Swapped other land in  1998 for total interest of 33 percent - purchase price less than $200,000.

2. VII, Line 338.  Land purchased in 1978 for less than $200,000 - 45 percent interest

3. I, Line 2: I am a co-trustee of Trust 6.  I have no financial interest in these.

VII, Lines 329-391. This is Brokerage Account No. 7 (Trust No. 6-1).
VII, Lines 392-461. This is Brokerage Account No. 8, (Trust No. 6-2).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Truman M. Hobbs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544